**UNITED STATES BANKRUPTCY COURT**

For The Northern District of Georgia

| | |
|---|---|
| In Re: | Debtor(s)<br>**Rouslan A Chtcherbina**<br>340 Knoll Ridge Court<br>Alpharetta, GA 30022<br><br>**xxx–xx–0442** |

: Case No.: **25–57982–sms**
: Judge: **Sage M. Sigler**
: Chapter: **7**

### Clerk's Notice Re: United States Trustee's Statement of Presumed Abuse

You are hereby notified that:

The United States Trustee has reviewed all materials filed by the debtor and has determined that the debtor's case is presumed to be an abuse under 11 U.S.C. § 707(b)(2).

Dated:   September 5, 2025

_____
Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Form 403